IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                          CRIMINAL 08-0242CCC

1) GILBERTO RODRIGUEZ
2) ANGEL MENDEZ
3) SUGEYL RODRIGUEZ
4) BARBARA RAMOS
5) YAMILET FAJARDO
6) MARYLIN PINEDA
7) MILDRED BAEZ
**8) PEDRO PEREZ**
9) CARMEN SEIN
10) RICHARD PIETRI
11) EUSEBIO MERCEDES
12) GERALDO CASTRO
13) GILBERTO MODESTO
14) ONNIS ACOSTA
15) MARILIZ SUAREZ
16) FRANCISCO FONTANEZ
17) SAMUEL ESCOBAR
18) MARTIN PERNAS
19) ANIBAL ROSSELLO
20) SONYA CASTELLANOS
21) MAXIMILIEN ESPINAL
22) MIGUEL DE AZA
23) HARRY REYES
24) LOUIS CRUZ
25) JULIO MARIN
26) GLORIA CASTRO
27) CESAR BERROA
28) RAYSA PACHECO
29) JULIO CASTRO
30) ELBA TORRES
31) GLENDA DAVILA
32) RAYMOND RODRIGUEZ
33) JOEL CASTILLO
34) YOLANDA RODRIGUEZ

Defendants

# O R D E R

Having considered the Report and Recommendation filed on August 26, 2011
(**docket entry 1298**) on a Rule 11 proceeding of defendant Pedro Pérez-Mercado (8) held
before U.S. Magistrate Judge Camille L. Vélez-Rivé on August 26, 2011, to which no
opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of

defendant Pérez-Mercado is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 26, 2011.  The **sentencing hearing is set for December 1, 2011 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 8, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge