IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

1) GILBERTO RODRIGUEZ
2) ANGEL MENDEZ
3) SUGEYL RODRIGUEZ
4) BARBARA RAMOS
5) YAMILET FAJARDO
6) MARYLIN PINEDA
7) MILDRED BAEZ
8) PEDRO PEREZ
9) CARMEN SEIN
10) RICHARD PIETRI
11) EUSEBIO MERCEDES
12) GERALDO CASTRO
13) GILBERTO MODESTO
14) ONNIS ACOSTA
15) MARILIZ SUAREZ
16) FRANCISCO FONTANEZ
17) SAMUEL ESCOBAR
18) MARTIN PERNAS
19) ANIBAL ROSSELLO
20) SONYA CASTELLANOS
21) MAXIMILIEN ESPINAL
22) MIGUEL DE AZA
23) HARRY REYES
**24) LOUIS CRUZ**
25) JULIO MARIN
26) GLORIA CASTRO
27) CESAR BERROA
28) RAYSA PACHECO
29) JULIO CASTRO
30) ELBA TORRES
31) GLENDA DAVILA
32) RAYMOND RODRIGUEZ
33) JOEL CASTILLO
34) YOLANDA RODRIGUEZ

Defendants

CRIMINAL 08-0242CCC

**ORDER**

Having considered the Report and Recommendation filed on September 14, 2011 (**docket entry 1389**) on a Rule 11 proceeding of defendant Louis Cruz (24) held before U.S. Magistrate Judge Marcos E. López on September 12, 2011, to which no opposition has

CRIMINAL 08-0242CCC                    2

been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Louis Cruz (24) is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 12, 2011. The **sentencing hearing of defendant Louis Cruz (24) is set for December 14, 2011 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on October 13, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge